# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | **CR 02-1097-TJH** | Date | JUNE 24, 2008 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | SHERI PYM |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. **JOSE ARANA-OLIVARES** | NOT | ✗ | | 1. ANTHONY E. CONTRERAS | NOT | | ✗ |

**Proceedings:** IN CHAMBERS - NOTICE TO PARTIES AND ORDER

     Counsel are hereby notified that after having carefully considered the papers and the evidence submitted by the parties, the court hereby DENIES the Defendant's motion for modification or reduction of sentence, filed on April 25, 2008 (#33).

**IT IS SO ORDERED.**