LODGED
CLERK, U.S. DISTRICT COURT
MAR 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR 02-1097 TJH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER |
| JOSE ENRIQUE ARANA-OLIVARES | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. [✓] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

defendant will not pose a danger to the community in light of his criminal history

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

defendant will not flee in light of his Mexican citizenship and illegal status in the United States

IT IS ORDERED that defendant be detained.

DATED: 3-28-2014

*John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE